# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

| | |
|---|---|
| **In re:** | **Case No. 16-11938-FJB** |
| **Brown, Nicole** | **Chapter 7** |
| | |
| **Nicole Brown, plaintiff** | **Adv. Proc. No. 16-01119** |
| **v.** | |
| **Alti Dasilveira D/B/A** | |
| **iLoveKickboxing, A/K/A** | |
| **America's Best Defense,** | |
| **defendant** | |

### Stipulation of Dismissal

*Now come* the plaintiff/debtor Nicole Brown, and the defendant Alti Dasilveira, D/B/A

iLoveKickboxing, A/K/A America's Best Defense, jointly, and hereby voluntarily dismiss this

action pursuant to Fed. R. Bankr. P. 7041(a)(1)(A)(ii), with prejudice, waiving all rights of appeal.


Alti Dasilveira D/B/A iLoveKickboxing,                    Nicole Brown,
A/K/A America's Best Defense,                             By her attorney,
By his attorney,


_____                          _____
Roger D. Matthews / wcp (BBO# 325000)                    William C. Parks (BBO# 679820)
Dharlaw, LLP                                             100 State St, Suite 900
One Constitution Center, Suite 300                       Boston, MA 02109
Charlestown, MA 02129                                    (617) 523-0712; will@wparkslaw.com
(617) 880-6155; rmatthews@dharlawllp.com